**ULTRATECH STEPPER, INC. (now known as Ultratech, Inc.),**
**Plaintiff–Appellant,**

v.

**ASM LITHOGRAPHY, INC.,**
**Defendant–Appellee.**

**Ultratech Stepper, Inc. (now known as Ultratech, Inc.), Plaintiff–Appellee,**

v.

**ASM Lithography, Inc., Defendant–Appellant.**

**Nos. 2006–1298, 2006–1321.**

United States Court of Appeals, Federal Circuit.

Dec. 8, 2006.

*ORDER*

Upon consideration of ASM Lithography, Inc.'s unopposed motion to voluntarily dismiss its appeal from the decision of the United States District Court for the Northern District of California, case no. 00–CV–04069,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal 2006–1321 is dismissed. The revised official captions are reflected above.

(2) Each side shall bear its own costs in 2006–1321.